✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 27 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY J. BROOKS,

    Plaintiff,

v.

JACQUELINE BRYANT,

    Defendant.

3:19-cv-00457-APG-CBC

**ORDER**

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on

| | |
|---|---|
| 1 | the correct form with complete financial attachments in compliance with 28 U.S.C. § |
| 2 | 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing |
| 3 | fee and the $50 administrative fee). |
| 4 | **IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, |
| 5 | the court will enter a report and recommendation to dismiss this action. |
| 6 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint |
| 7 | (ECF No. 1-1), but shall not file it at this time. |
| 8 | DATED: 9/27/2019 |

UNITED STATES MAGISTRATE JUDGE